Per Curiam.

---

**W. J. Hacker, appellant, v. Joseph P. Moore et al., appellees.**

Attachment of real estate. Judgment in favor of interpleaders

finding that they owned the property free from the attachment. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed July 18, 1921.

S. F. Schecter, for appellant. Lindley, Penwell & Lindley, for appellees; Walter C. Lindley, of counsel.